UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ZACHARY MINOR, et al.,

Plaintiffs,

v.

JESSIE FLORES, et al.,

Defendants.

No. 2:25-cv-02592-TLN-CKD

**ORDER**

On May 4, 2026, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 16). No objections were filed, and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and finds the findings and recommendations are supported by the record and by the magistrate judge's proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 4, 2026 (ECF No. 16) are ADOPTED in full;

2. Plaintiffs' Second Amended Complaint (ECF No. 5) is recognized as the operative Complaint;

3. Defendants' motion to dismiss (ECF No. 6) is DENIED without prejudice; and

4. This matter is STAYED pending the resolution of *People v. Minor*, Sonoma County Superior Court Case No. SCR-765374-1.

IT IS SO ORDERED.

DATE: September 24, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE